AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>(1) David DEPENA and<br>(2)<br><br>Defendant(s) | Case No.<br>23-6293-MPK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 2022 through June 2022  in the county of  Essex  in the  ____  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:
See Affidavit of DEA SA Gerald Nastari

☑ Continued on the attached sheet.

_Gerald Nastari_
Complainant's signature

DEA SA Gerald Nastari
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/14/2023

_Judith Gail Dein_
Judge's signature

City and state: Boston, Mass.

Hon. Judith G. Dein, U.S. Magistrate Judge
Printed name and title